B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   Cargo Transportation Services, Inc.  
Debtor(s)

Case No.   8:11-bk-432-MGW  
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| R & L TRANSFER INC<br>PO BOX 713153<br>COLUMBUS, OH 43271 | R & L TRANSFER INC<br>PO BOX 713153<br>COLUMBUS, OH 43271 | | | 515,023.57 |
| ESTES EXPRESS LINES<br>PO BOX 25612<br>RICHMOND, VA 23260-5612 | ESTES EXPRESS LINES<br>PO BOX 25612<br>RICHMOND, VA 23260-5612 | | | 470,822.26 |
| SOUTHEASTERN FREIGHT LINES<br>PO BOX 100104<br>COLUMBIA, SC 29202 | SOUTHEASTERN FREIGHT LINES<br>PO BOX 100104<br>COLUMBIA, SC 29202 | | | 224,925.70 |
| OLD DOMINION FREIGHT LINE, INC.<br>PO BOX 198475<br>ATLANTA, GA 30384-8475 | OLD DOMINION FREIGHT LINE, INC.<br>PO BOX 198475<br>ATLANTA, GA 30384-8475 | | | 201,721.14 |
| T Q T COMPANY<br>6410 N HUBERT AVE<br>TAMPA, FL 33614 | T Q T COMPANY<br>6410 N HUBERT AVE<br>TAMPA, FL 33614 | | | 184,904.15 |
| AMERICA MAX LLC<br>PO BOX 961029<br>FT WORTH, TX 76161-1029 | AMERICA MAX LLC<br>PO BOX 961029<br>FT WORTH, TX 76161-1029 | | | 160,043.00 |
| DAT TRUCK LINES INC<br>PO BOX 2617<br>GUASTI, CA 91743 | DAT TRUCK LINES INC<br>PO BOX 2617<br>GUASTI, CA 91743 | | | 130,300.00 |
| RYDER TRANSPORT SVC (UW)<br>6000 WINDWARD PKWY<br>ALPHARETTA, GA 30005 | RYDER TRANSPORT SVC (UW)<br>6000 WINDWARD PKWY<br>ALPHARETTA, GA 30005 | | | 129,114.27 |
| AIT WORLDWIDE LOGISTICS INC<br>PO BOX 66730<br>CHICAGO, IL 60666-0730 | AIT WORLDWIDE LOGISTICS INC<br>PO BOX 66730<br>CHICAGO, IL 60666-0730 | | | 116,939.43 |
| AAA COOPER TRANSPORTATION<br>PO BOX 102442<br>ATLANTA, GA 30368-2442 | AAA COOPER TRANSPORTATION<br>PO BOX 102442<br>ATLANTA, GA 30368-2442 | | | 94,702.52 |
| NEW ENGLAND MOTOR FREIGHT INC<br>PO BOX 6031<br>ELIZABETH, NJ 07207 | NEW ENGLAND MOTOR FREIGHT INC<br>PO BOX 6031<br>ELIZABETH, NJ 07207 | | | 88,726.11 |
| UNIVERSAL AM-CAN, INC.<br>PO BOX 712969<br>CINCINNATI, OH 45271-2969 | UNIVERSAL AM-CAN, INC.<br>PO BOX 712969<br>CINCINNATI, OH 45271-2969 | | | 83,900.25 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cargo Transportation Services, Inc.**                    Case No.   **8:11-bk-432-MGW**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AM TRUCKING INC.<br>PO BOX 11099<br>OLYMPIA, WA 98508-1099 | AM TRUCKING INC.<br>PO BOX 11099<br>OLYMPIA, WA 98508-1099 | | | 82,250.00 |
| PRECISION TRUCK LINES INC<br>8111 HUNTINGTON RD<br>WOODBRIDGE, ONTARIO L4H 0S6 | PRECISION TRUCK LINES INC<br>8111 HUNTINGTON RD<br>WOODBRIDGE, ONTARIO L4H 0S6 | | | 68,110.00 |
| MERCURYGATE INTERNATIONAL<br>1654 OLD APEX RD<br>CARY, NC 27513 | MERCURYGATE INTERNATIONAL<br>1654 OLD APEX RD<br>CARY, NC 27513 | | | 62,284.00 |
| RT EXPRESS<br>PO BOX 840267<br>DALLAS, TX 75284-0267 | RT EXPRESS<br>PO BOX 840267<br>DALLAS, TX 75284-0267 | | | 61,500.00 |
| J.D. ASSOCIATES,LLC<br>PO BOX 128<br>DELAND, FL 32721 | J.D. ASSOCIATES,LLC<br>PO BOX 128<br>DELAND, FL 32721 | | | 49,773.13 |
| V I P FREIGHT INC<br>4160 W 16TH AVENUE SUITE 304<br>HIALEAH, FL 33029 | V I P FREIGHT INC<br>4160 W 16TH AVENUE SUITE 304<br>HIALEAH, FL 33029 | | | 48,681.00 |
| MI TRANSPORTATION<br>650 W. MARKET ST<br>GRATZ, PA 17030 | MI TRANSPORTATION<br>650 W. MARKET ST<br>GRATZ, PA 17030 | | | 47,975.98 |
| CARGO LOGISTICS CORP.<br>5567 NW 72 AVE<br>MIAMI, FL 33166 | CARGO LOGISTICS CORP.<br>5567 NW 72 AVE<br>MIAMI, FL 33166 | | | 46,509.95 |

B4 (Official Form 4) (12/07) - Cont.
In re  Cargo Transportation Services, Inc.  
                Debtor(s)

Case No.  8:11-bk-432-MGW

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    1/14/2011          Signature    /s/ David Bell, President
                                                                    David Bell
                                                                    President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.