# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re **Cargo Transportation Services, Inc.** Debtor(s)

Case No. **8:11-bk-432-MGW**
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cargo Transportation Services, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 24, 2011**
Date

**/s/ Edward J. Peterson, III, Bar No.**
**Edward J. Peterson, III, Bar No. 0014612**
Signature of Attorney or Litigant
Counsel for **Cargo Transportation Services, Inc.**
**Stichter, Riedel, Blain & Prosser, P.A.**
**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
**(813) 229-0144 Fax:(813) 229-1811**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy