UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                     Case No. 8:11-bk-00432-MGW
                                                                                           Chapter 11
CARGO TRANSPORTATION SERVICES, INC.

        Debtor.
_____/

**NOTICE OF APPOINTMENT OF UNSECURED CREDITORS
COMMITTEE BY UNITED STATES TRUSTEE**

      DONALD F. WALTON, United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following creditors of the Debtors who hold unsecured claims are hereby APPOINTED to the Committee of the Unsecured Creditors:

1.     Ryder Truck Rental, Inc.                                 (770) 569-6511
      Kevin Sauntry, Corporate Collection Manager     (770) 569-6712 (fax)
      6000 Windward Parkway                             (770) 595-1319 (cell)
      Alpharetta, GA 30005
      kevin_sauntry@ryder.com

2.     AAA Cooper Transportation                            (334) 671-3122
      Michelle Lewis, Director - Admin. & Customer Accounts   (334) 671-1306 (fax)
      1751 Kinsey Road                                     (334) 796-0882 (cell)
      Dothan, AL 36303
      michelle.lewis@aaacooper.com

3.     Precision Truck Lines, Inc.                                 (905) 851-1996 ext. 2231
      Ravi Annand, Vice President of Finance            (905) 851-5527 (fax)
      8111 Huntington Road                               (416) 669-7857 (cell)
      Woodbridge, Ontario Canada, L4H 0S6
      ravi@precisiontrucklines.com

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

        Respectfully submitted on January 26, 2011,

        DONALD F. WALTON
        United States Trustee-Region 21

        By: /s/ Nicole W. Peair
            NICOLE W. PEAIR (La. Bar. 33477)
            Trial Attorney
            U.S. Department of Justice
            Office of the U.S. Trustee, Region 21
            501 East Polk Street, Suite 1200
            Tampa, FL  33602
            (813) 228-2000 / fax (813) 228-2303
            nicole.w.peair@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing notice has been served electronically or by United States mail, postage prepaid, to the Committee members listed above and the following on January 26, 2011:

Electronic Mail: Edward Peterson III, Debtor's Counsel

        /s/ Nicole Peair
        Attorney