UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


**In re:**                                              **Chapter 11**

**CARGO TRANSPORTATION**                                **Case No. 8:11-bk-00432-MGW**
**SERVICES, INC.,**

      **Debtor.**

_____/

## ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER (A) EXTENDING DEADLINE FOR FILING OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION AND (B) RESCHEDULING CONFIRMATION HEARING

THIS CASE came on for hearing before the Court on March 30, 2011, at 2:00 p.m. (the

"**Hearing**"), upon the Debtor's Emergency Motion for Order (A) Extending Deadline for Filing

of Disclosure Statement and Plan of Reorganization and (B) Rescheduling Confirmation Hearing

[Doc. No. 248] (the "**Motion**").[1] The Court considered the Motion, together with the record and

the arguments of counsel at the Hearing, and being otherwise duly advised in the premises and

for the reasons announced on the record at the Hearing and for good cause shown, it is

**ORDERED:**

1.     The Motion is GRANTED to the extent set forth below.

2.     The deadline for the Debtor to file a Disclosure Statement and a Plan is extended

through and including May 12, 2011.

3.     This Order is without prejudice to the right of the Debtor to seek (i) a further

extension of the time to file a Disclosure Statement and a Plan or (ii) an extension of the time

within which it has the exclusive right to file a Plan and to obtain acceptances of any such Plan

---

[1]     Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

under Section 1121 of the Bankruptcy Code. Any motion of the Debtor seeking any such extension shall be filed with the Court by no later than May 12, 2011.

4.    The confirmation hearing scheduled for May 4, 2011, at 1:30 p.m., is cancelled, and the confirmation hearing in this case will be rescheduled at a later date by order of the Court.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on ___April 08, 2011___.

Michael G. Williamson
United States Bankruptcy Judge

Copies provided by CM/ECF