UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CARGO TRANSPORTATION   Case No. 8:11-bk-00432-MGW
SERVICES, INC.,   Chapter 11

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND DEADLINE
TO ASSUME OR REJECT NON-RESIDENTIAL REAL PROPERTY LEASES**

THIS CASE came before the Court without a hearing for consideration of the *Debtor's Motion to Extend Deadline to Assume or Reject Non-Residential Real Property Leases* (Docket No. 325) (the "**Motion**") filed by Cargo Transportation Services, Inc. (the "**Debtor**"). Through the Motion, the Debtor seeks the entry of an order pursuant to 11 U.S.C. § 365(d)(4)(B)(i), extending the time in which Debtor may assume or reject leases of non-residential real property for ninety (90) days beyond the original deadline of May 12, 2011. The Court, having reviewed the Motion, together with the record, finds that cause exists pursuant to 11 U.S.C. § 365(d)(4)(B)(i) to further extend the 120 day deadline prescribed under § 365(d)(4)(A)(i), and grant the Motion. Accordingly, it is

    **ORDERED:**

    1.    The Motion is **GRANTED**.

{00153724.DOC;1}

2. The deadline for the Debtor to assume or reject leases of non-residential real property is extended to the earlier of August 12, 2011, or the conclusion of any confirmation hearing(s).

3. The hearing on the Motion previously scheduled for May 25, 2011 at 10:30 a.m. is hereby cancelled.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on May 04, 2011

Michael G. Williamson
United States Bankruptcy Judge

Copies furnished via CM/ECF or BNC to:

**David S. Jennis** and **Kathleen L. DiSanto**, Jennis & Bowen, P.L., 400 N. Ashley Drive, Ste 2540, Tampa, FL 33602
**Nicole Peair**, U.S. Trustee's Office, 501 Polk Street, Ste 1200, Tampa, FL 33602
**FDG Sunrise Corporate Plaza, LLC**, c/o Corporation Service Company, Registered Agent, 1201 Hays Street, Tallahassee, FL 32301-2525
**FDG Sunrise Corporate Plaza, LLC** c/o Jose Hevia, President, 2855 S. Lejeune Road, 4th Floor, Coral Gables, FL 33134
**Wendy A. Beck and Basil K. Beck, II**, 9334 NW 102 Street, Medley, FL 33178
**APS Express, Inc.** c/o Basil K. Beck, II, CEO, 9334 NW 102 Street, Medley, FL 33178
**Ashley-601, Inc.** c/o Laurice A. Hachem, Registered Agent, 601 N. Ashley Dr., 8th Floor, Tampa, FL 33602
**Urban Renewal, L.L.C.**, c/o J. Stephen Gardner, Registered Agent, 101 S. Franklin Street, Suite 101, Tampa, FL 33602
**Winter Park III, Ltd.**, c/o James R. Mitchell, Registered Agent, 9095 S.W. 87th Avenue, Suite 777, Miami, FL 33176