UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Case No. 11-00432-8W1

CARGO TRANSPORTATION SERVICES, INC.,

Debtor.
_____/

**OBJECTION TO CONFIRMATION TO CHAPTER 11 PLAN OF REORGANIZATION
BY ALLY FINANCIAL F/K/A GMAC INC.**

Ally Financial f/k/a GMAC Inc., by and through its undersigned attorney, hereby files its Objection to the Chapter 11 Plan of Reorganization dated May 12, 2011 (Document No. 353), and would show:

1. The claim of Ally Financial f/k/a GMAC Inc. is a valid lease secured by a 2008 Cadillac CTS V6, VIN 1G6DF577880194310. The Plan fails to specifically assume or reject the Lease.

2. **The plan attempts to value the lease payments, a remedy not available under current law.**

3. If the Debtors do assume the Lease, then Ally Financial f/k/a GMAC Inc., objects to any attempt to change or modify the Lease terms, in particular, any effort to force financing of the purchase option. The Plan should provide for a prompt cure of any arrearage and payment of pecuniary losses to Ally Financial f/k/a GMAC Inc., including attorney's fees.

4. Furthermore, Ally Financial f/k/a GMAC Inc., request that the Plan provide for relief from stay or surrender of the vehicle upon termination of the Lease August 8, 2011, and further that the Debtors' Plan provides for payment of any Lease termination charges in the future as an administrative expense.

5.  Ally Financial f/k/a GMAC Inc. will withdraw this objection if the plan is modified to specifically assume the Lease, pay all post-petition Lease payments when due, and provide for a prompt cure of any pre-petition default.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this 23rd day of May, 2011, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Cargo Transportation Services, Inc., 1300 Sawgrass Corporate Parkway Suite 110, Sunrise FL 33323, Debtor, Edward J. Peterson, III, 110 East Madison Street, #200, Tampa, FL 33602, Attorney for Debtor, Office of the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602, *and to the Official Committee of Unsecured Creditors of Cargo Transportation Services, Inc., c/o Craig V. Rasile, Esq., Hunton & Williams LLP, 1111 Brickell Ave., Suite 5200, Miami, FL 33131.*

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn:Robert S. Hoofman
Post Office Box 3146
Orlando, FL 32802-3146

By: _____
Robert S. Hoofman, for the firm
Florida Bar No. 284173
Telephone 407-425-5500
Facsimile 407-423-0554
email: rhoofman@rushmarshall.com

1621.61665
Y8702 0205