UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CARGO TRANSPORTATION                    Case No. 8:11-bk-00432-MGW
SERVICES, INC.,                         Chapter 11

      Debtor.
_____/

**DEBTOR'S NOTICE OF PROPOSED AGENDA FOR**
**MATTERS SCHEDULED FOR HEARING ON MAY 25, 2011**

Debtor, CARGO TRANSPORTATION SERVICES, INC. (the "Debtor")

proposes the following agenda (the "Agenda") for the matters scheduled for hearing on

Wednesday, May 25, 2011, at 10:30 a.m. The information contained in this Agenda

reflects the status of each matter as it is known to the Debtor's counsel as of the filing of

this Agenda and is subject to change.

| AGENDA | | | | | |
|---|---|---|---|---|---|
| **Calendar Item** | **Doc. No.** | **Filing Party** | **Matter** | **Counsel** | **Status** |
| **MATTERS TO BE CONTINUED AND RESCHEDULED** | | | | | |
| 2 | 265 | Ryder Truck Rental, Inc. | Amended Motion for Allowance and Payment of Administrative Expense Claim | R.J. Haughey, II | Parties agree to continue hearing |
| **RESOLVED OR WITHDRAWN MATTERS** | | | | | |
| 9 | 356 | Key Equipment | Amended Motion for Relief from Stay | W. Patrick Ayers | Resolved – Agreement |

|  |  | Finance, Inc. |  |  | for adequate protection |
|---|---|---|---|---|---|
| **UNCONTESTED MOTIONS** | | | | | |
| 10 | 357 | Debtor | Motion for Approval of Payment of Retainer and Progress Payments to Accounting Professionals | David Jennis | Debtor believes this motion is uncontested |
| **CONTESTED STAY RELIEF MOTIONS** | | | | | |
| 4 | 302 | Wells Fargo Equipment Financing, Inc. | Motion for Relief from Stay | Ronald Emanuel | Not resolved |
| 6 | 329 | Old Dominion Freight Lines, Inc. | Amended Motion for Relief from Stay to Exercise Rights to seek payment from its Customers | Sara F. Holladay-Tobias | Not resolved |
| 8 | 351 | Estes Express Lines | Emergency Motion for Relief from Stay to permit collection of accounts receivable that are not property of the Debtor's estate | Lawrence J. Roberts and Rafael X. Zahralddin-Aravena | Not resolved |
| **AUTOMATIC STAY VIOLATIONS** | | | | | |
| 1 | 67 | Debtor | Continued hearing on Debtor's Emergency Motion (1) to Show Cause why certain independent contractors should not be held in contempt for violation of the automatic stay, and (2) to Enforce Automatic Stay (as to Old Dominion and R&L Carriers)<br><br>Response by Old Dominion Freight Line, Inc. (Doc. 81) | David Jennis | Not resolved as to Old Dominion |

| | | | | | |
|---|---|---|---|---|---|
| | | | **LEASE ASSUMPTION/REJECTION** | | |
| 5 | 303 | Wells Fargo Equipment Financing, Inc. | Motion for Order Compelling Debtor to Assume or Reject Lease, or in the alternative, Motion for Relief from Stay | Ronald Emanuel | Not resolved |
| | | | **LATE CLAIM FILING** | | |
| 3 | 292 | Wells Fargo Equipment Financing, Inc. | Motion to Allow Late filed Claim Nos. 148, 149, 150 and 151 | Ronald Emanuel | Not resolved |
| 7 | 336 | Anna Grace Mamone | Motion to Allow Late Filed Claim No. 160 under seal | Anna Grace Mamone, pro se | Not resolved |
| 11 | 372 | Comerica | Motion for Reconsideration of Order Granting Motion to file Late Claim under Seal | Roy Kobert | Not resolved |

DATED: May 24, 2011.

        */s/    Kathleen L. DiSanto*
David S. Jennis
Florida Bar No. 775940
Kathleen L. DiSanto
Florida Bar No. 58512
djennis@jennisbowen.com
**Jennis & Bowen, P.L.**
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707