UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:11-bk-00432-MGW
                                                Chapter 11

Cargo Transportation Services, Inc.,

        Debtor.
_____/

**UNITED STATES TRUSTEE'S
MOTION TO DISMISS CHAPTER 11 CASE OR
IN THE ALTERNATIVE MOTION TO CONVERT CASE TO CHAPTER 7**

Donald F. Walton, the United States Trustee for Region 21, hereby respectfully moves this

Honorable Court, pursuant to Section 1112(b), title 11, United States Code, to dismiss the above

referenced case or in the alternative to convert the case to chapter 7 for cause, whichever appears to be

in the best interests of the creditors. In support of the motion, the United States Trustee states as follows:

1.   The Debtor-In-Possession filed a voluntary petition under chapter 11, title 11, United

States Code on January 12, 2011.

2.   A chapter 11 Plan has not been confirmed.

3.   The responsible party or entity failed to file Operating Reports as required pursuant to Fed.

R. Bankr. P. 2015. The Operating Reports currently due are for the time periods of: May 1-31, 2011;

June 1-30, 2011; and July 1-31, 2011.

4.   The outstanding amount of Quarterly Fees currently unpaid are: unknown and estimated as

Operating Reports are outstanding.

5.   The United States Trustee attempted to obtain the reports and associated fees without the

necessity of filing this Motion.  On August 8, 2011, the United States Trustee requested outstanding

monthly reports and payment of quarterly fees.  To date, the Debtor has not submitted the reports and

the fees submitted by the Debtor are estimated.

Wherefore, the United States Trustee respectfully prays that this Honorable Court enter an order either granting the Motion to Dismiss or in the alternative the Motion to Convert for the Debtor's failure to comply with the requirements of the Bankruptcy Code and Rules, whichever is in the best interests of the creditors and the bankruptcy estate, and grant such further relief as this Honorable Court deems appropriate.

Dated: August 23, 2011.

Respectfully submitted,

DONALD F. WALTON
U. S. TRUSTEE, REGION 21

by: /s/ *Nicole Peair*
Nicole Peair (La. Bar. No. 33477)
Trial Attorney
Office of the United States Trustee
501 E. Polk Street, Suite 1200
Tampa, Florida 33602
(813) 228-2000/ fax: (813) 228-2303
nicole.w.peair@usdoj.gov

## CERTIFICATE OF SERVICE

I do HEREBY CERTIFY that a true and correct copy of the foregoing motion has been served electronically or by United States mail, postage prepaid, to the following on or before August 24, 2011 :

**Cargo Transportation Services, Inc.**
1300 Sawgrass Corporate Parkway
Suite 110
Sunrise, FL 33323

Electronic Mail: David S. Jennis, Debtor's Counsel at ecf@jennisbowen.com.

/s/ Nicole Peair
Attorney