UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CARGO TRANSPORTATION,            Case No. 8:11-bk-00432-MGW
SERVICES, INC.                              Chapter 11

        Debtor.
_____/

**DEBTOR'S MOTION TO EXTEND
DEADLINE FOR COMERICA BANK TO ACCEPT OR REJECT THE PLAN**

Cargo Transportation Services, Inc. (the "Debtor"), by counsel, moves for an extension of the September 6, 2011 deadline for Comerica Bank ("Comerica") to file its written ballot with the Court accepting or rejecting the *Amended Plan of Reorganization of Cargo Transportation Services, Inc.* (Doc. No. 662) (the "Plan") to September 9, 2011. In support of the relief requested in this Motion, the Debtor states as follows:

1. On January 12, 2011 (the "Petition Date"), the Debtor filed a Voluntary Petition for chapter 11. The Debtor continues to operate its business and manage its assets as Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. On January 26, 2011, the United States Trustee for the Middle District of Florida appointed the Official Committee of Unsecured Creditors (the "Committee") pursuant to Section 1102 of the Bankruptcy Code.

3. On August 12, 2011, the Debtor filed the Plan and *Amended Disclosure Statement in Connection with Plan of Reorganization of Cargo Transportation Services, Inc.* (Doc. No. 663) (the "Disclosure Statement").

4. On August 12, 2011, the Court entered the *Order Conditionally Approving Amended Disclosure Statement, Fixing Time to File Objections to the Disclosure Statement,*

*Fixing Time to File Applications for Administrative Expenses, Setting Hearing on Confirmation of the Plan, and Settling Deadlines with Respect to Confirmation Hearing* (Doc. No. 666) (the "Scheduling Order"), which scheduled the consolidated confirmation hearing on the Plan and Disclosure Statement (the "Confirmation Hearing") for September 14, 2011, and established certain deadlines related to the Confirmation Hearing, including the deadlines for filing written ballots with the Court accepting or rejecting the Plan.

5. The Debtor and Comerica continue in productive negotiations as to certain amendments to the Plan that could allow for Comerica's acceptance of the plan and eliminate the need for filing of objections. Given the status of negotiations, the Debtor believes it would be appropriate to extend the time for Comerica to file a ballot accepting or rejecting the Plan through September 9, 2011, in order to finalize negotiations and provide Comerica the sufficient opportunity to obtain any necessary commitments or other approvals as to those amendments to the Plan.

**WHEREFORE,** the Debtor respectfully requests that this Court enter an order extending the September 6, 2011 deadline for Comerica to file its written ballot with the Court accepting or rejecting the Plan to September 9, 2011, and granting any other and

[Remainder of page intentionally left blank]

further relief the Court deems equitable and just.

DATED this 2nd day of September, 2011.

                                                */s/ Kathleen L. DiSanto*
David S. Jennis
Florida Bar No. 775940
Kathleen L. DiSanto
Florida Bar No. 58512
**Jennis & Bowen, P.L.**
400 North Ashley Drive, Suite 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707 (fax)
E-mail: kdisanto@jennisbowen.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF electronic service to: **United States Trustee**, 501 East Polk Street, Timber Lake Annex, Suite 1200, Tampa, Florida 33602; **Michael Brundage – Proposed Counsel for Official Committee of Unsecured Creditors –** Hill Ward Henderson, P.A., 101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602; **Roy S. Kobert**, Broad and Cassel, P.O. Box 4961, Orlando, FL 32802-4961; **Kenneth Mather**, Broad and Cassel, 100 N. Tampa Street, Suite 3500, Tampa, FL 33602; and to those parties receiving electronic notices via CM/ECF in the normal course of business on this 2nd day of September, 2011.

                                                */s/ Kathleen L. DiSanto*
Kathleen L. DiSanto