**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

CARGO TRANSPORTATION
SERVICES, INC.,

              Debtor.

_____/

Chapter 11

Case No. 8:11-BK-00432-MGW

**MOTION TO CONTINUE HEARING ON CONFIRMATION**
**(CREDITORS COMMITTEE)**

The Official Committee of Unsecured Creditors for Cargo Transportation Services,

Inc. (the "Committee"), by and through its undersigned counsel, hereby moves to continue

the hearing on confirmation presently scheduled for September 14, 2011 at 1:30 pm. As

grounds in support, the Committee states as follows:

     1.     On August 12, 2011, Cargo Transportation Services, Inc. (the "Debtor") filed its

Amended Plan of Reorganization (the "Amended Plan") and a related disclosure statement

(the "Amended Disclosure Statement"). Presently, a hearing to consider confirmation of the

Amended Plan is scheduled for September 14, 2001.

     2.     On August 26, 2011, the Committee filed its written objections to the Amended

Plan and Amended Disclosure Statement (Dkt. #707).

     3.     Since filing the Amended Plan, the Debtor has been negotiating with Comerica

Bank to try to get it to agree to the Amended Plan or some modified version thereof. The

Committee has been excluded from the Debtor's negotiation with Comerica.

     4.     Recently, the Debtor announced that it intends to file a second amended plan

that would contain terms agreed upon by Comerica. On September 9, 2011, in open court, the

Debtor represented that it would send the second amended plan to the Committee's counsel

by 2:30 p.m. that day. As of this motion, the Debtor has not sent the Committee's counsel second amended plan or even a rough draft or term sheet of such a plan.

5.      The Committee is concerned that the Debtor intends to file a second amended plan or modifications to the pending Amended Plan literally at the eleventh hour and then attempt to have that plan confirmed at the presently scheduled hearing without giving the Committee or its counsel sufficient time to review and analyze any second amended plan or modifications to the pending plan.

6.      Therefore, the Committee respectfully requests that the Court continue the presently scheduled confirmation hearing to allow the Committee and its counsel reasonable time to review, analyze and react to any last-minute second amended plan or modifications to the pending plan.

7.      The Committee reserves all of its rights and arguments, including but not limited to, the inadequacy of disclosure associated with the pending disclosure statement.

**WHEREFORE,** the Committee respectfully requests that the Court grant the relief requested in this motion, together with such other and further relief as this Court deems appropriate.

**DATED:**  September 13, 2011.

> */s/ Michael P. Brundage*
> Michael P. Brundage
> Florida Bar No: 611621
> Hill, Ward & Henderson, P.A.
> P.O. Box 2231
> Tampa, FL 33601
> Telephone:   (813) 221-3900
> Email:   mbrundage@hwhlaw.com
> Attorneys for the Committee

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion To Continue Hearing on Confirmation has been served by ☒ First Class U.S. Mail Postage Prepaid; ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic filing this 13th day of September, 2011 to the following and to all those receiving ECF notification by the Clerk:

Cargo Transportation Services, Inc.
1300 Sawgrass Corporate Parkway
Suite 110
Sunrise, Florida 33323

David S. Jennis, Esq.
Kathleen L. DiSanto, Esq.
Jennis & Bowen, P.L.
400 N. Ashley Dr., Suite 2540
Tampa, Florida 33602

James B. Soble, Esq.
Ruden & McClosky, P.A.
401 E. Jackson Street
Tampa, Florida 33602

Nichole Peair, Esq.
Denise E. Barrett, Esq.
United States Trustee – TPA
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, Florida 33602

*/s/ Michael P. Brundage*
Michael P. Brundage