# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:  
CARGO TRANSPORTATION  
SERVICES, INC.,

      Debtor.
_____/

Chapter 11

Case No. 8:11-bk-432-MGW

## ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY
## IN CONNECTION WITH OBJECTION TO DISCLOSURE STATEMENT
## AND TO CONFIRMATION OF AMENDED PLAN OF REORGANIZATION

**THIS CASE** came on for hearing on August 31, 2011, at 11:00 a.m., on the Motion for Expedited Discovery in Connection with Objection to Disclosure Statement and to Confirmation of Amended Plan of Reorganization (the "**Motion**") (Doc. No. 708) filed by the Official Committee of Unsecured Creditors (the "**Committee**"). This Court having reviewed the Motion, heard arguments of counsel and for reasons stated orally and recorded in open Court, which shall constitute the decision of the Court, finds that the Motion should be granted. Accordingly, it is

    **ORDERED** that:

    1.    The Motion is hereby **GRANTED** without prejudice to any rights that the Debtor may have to object to the discovery requested.

    2.    The Debtor shall have five (5) days to sufficiently respond to any request for production of documents and to reply to and coordinate the request for scheduling of any deposition.

    **DONE AND ORDERED** in Chambers at Tampa, Florida, on October 04, 2011.

Michael G. Williamson  
United States Bankruptcy Judge

Copies to:
Cargo Transportation Services, Inc.
David Jennis, Esq.
Michael P. Brundage, Esq.
U.S. Trustee